TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00321-CV







In re Ray F. Wilson and Faye D. Wilson








ORIGINAL PROCEEDING FROM TRAVIS COUNTY






M E M O R A N D U M O P I N I O N



 Relators Ray F. Wilson and Faye D. Wilson filed with this Court a motion for
emergency relief and a petition for writ of mandamus. We overrule relators' motion for emergency
relief and deny their petition for writ of mandamus. See Tex. R. App. P. 52.8(a).



 

 David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Filed: June 17, 2004